FILED

MAR 0 6 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| STEVEN ALLEN, | ) ) |
| Defendant. | ) ) |

**4:18CR00189 NCC**

## MISDEMEANOR INFORMATION

The United States Attorney charges that:

On or about March 5, 2018, in the Eastern District of Missouri:

**STEVEN ALLEN,**

did use threats of force to attempt to intimidate and impede an employee of the Social Security Administration who was acting in an official capacity to carry out a duty under the Social Security Act.

In violation of Title 42, United States Code, Section 1320a-8b.

Respectfully submitted,
JEFFREY B. JENSEN
United States Attorney

TRACY L. BERRY 014753 TN
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

    I, Tracy L. Berry, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

*[signature]*
TRACY L. BERRY

Subscribed and sworn to before me this 6th day of March 2018.

*[signature]*
CLERK, U.S. DISTRICT COURT

By: *[signature]*
DEPUTY CLERK